**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THOMAS MASONE,**

        **Plaintiff,**

**-vs-**                        **Case No. 6:06-cv-1242-Orl-31JGG**

**MICHAEL LIBESKIND,**

        **Defendant.**

_____

## ORDER

On August 21, 2006, Defendant filed a Motion to Dismiss (Doc. 3), contesting personal jurisdiction over him. Plaintiff has failed to respond, and the Motion appears meritorious. Accordingly, it is

**ORDERED** that Defendant's Motion is GRANTED. The Complaint against Defendant, Michael Libeskind, is DISMISSED, for lack of personal jurisdiction and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 29, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE